IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GERARDO RAMIREZ LARIOS, | No. C 12-1715 CW (PR) |
|---|---|
| Petitioner, | ORDER DENYING AS MOOT MOTION FOR CERTIFICATE OF APPEALABILITY |
| v. | |
| R.J. RACKLEY, Warden, | Doc. no. 10 |
| Respondent. | |

    Petitioner Gerardo Ramirez Larios filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On June 30, 2014, the Court entered an Order denying the petition and denying a certificate of appealability.  On July 30, 2014, Petitioner filed a motion for a certificate of appealability.  This motion is denied as moot because the Court denied a certificate of appealability in its June 30, 2014 Order.  Petitioner may not appeal the denial of a Certificate of Appealability in this Court but may seek a certificate from the Ninth Circuit under Rule 22 of the Federal Rules of Appellate Procedure.  <u>See</u> Rule 11(a) of the Rules Governing Section 2254 Cases.

    This Order terminates document number 10.

    IT IS SO ORDERED.

Dated: 8/29/2014

_____
CLAUDIA WILKEN
United States District Judge